# ALABAMA COURT OF CRIMINAL APPEALS



July 11, 2025

**CR-2023-0855**

Bryan Craig Fox v. State of Alabama (Appeal from Blount Circuit Court: CC-22-21)

## <u>NOTICE</u>

      You are hereby notified that on July 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

      Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk